430 A.2d 1157

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Henry SATCHELL, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 24, 1981.

Decided July 2, 1981.

Daniel P. McElhatton, Philadelphia, for appellant.

Robert B. Lawler, Kenneth S. Gallant, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM.

The judgment of sentence is affirmed.